IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON DIVISION

| In Re: | CASE NO. 19-51307-amk |
|---|---|
| | Chapter 13 |
| SAMUEL WILLIAMS | |
| GLORIA WILLIAMS | Judge Alan M. Koschik |
| Debtor(s) | |
| | **OBJECTION TO CHAPTER 13 PLAN** |

Creditor, Wilmington Trust, NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-7, Mortgage Pass-Through Certificates, Series 2006-7 ("Creditor"), by and through counsel, hereby objects to the proposed Chapter 13 Plan filed by the Debtor. This Objection is hereby supported by the following Memorandum.

Respectfully Submitted

/s/ Steven H Patterson
_____
Steven H. Patterson (0073452)
Attorney for Creditor
Reisenfeld & Associates LLC
3962 Red Bank Road
Cincinnati, OH 45227
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail: ohbk@rslegal.com

**MEMORANDUM**

Creditor holds a Mortgage on the real estate located at 1947 Northgate Circle, Akron, OH 44320. Creditor has not yet filed a Proof of Claim, however anticipates doing so listing an estimated balance of $255,351.10. Debtor's Plan list mortgage in section 3.3 however it should be listed in section 3.1.

The Chapter 13 Plan as proposed herein does not adequately protect the Creditors' interest in said real estate.

WHEREFORE, Creditor requests that confirmation be denied.

/s/ Steven H Patterson
_____
Steven H. Patterson (0073452)
Attorney for Creditor
Reisenfeld & Associates LLC
3962 Red Bank Road
Cincinnati, OH 45227
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail: ohbk@rslegal.com

# CERTIFICATE OF SERVICE

I certify that on June 21, 2019, a true and correct copy of the Objection to Plan was served:

**Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:**

Charles Tyler, Sr., Debtor`s Counsel
charles.tyler@tylerlawoffice.com

Keith Rucinski, Bankruptcy Trustee
efilings@ch13akron.com

U.S. Trustee
ustpregion09.cl.ecf@usdoj.gov

**And by regular U.S. Mail, postage prepaid on:**

Gloria Williams, Debtor
1947 Northgate Circle
Akron, OH 44320-4229

Samuel Williams, Debtor
1947 Northgate Circle
Akron, OH 44320-4229

/s/ Steven H Patterson
_____
Steven H. Patterson (0073452)
Attorney for Creditor
Reisenfeld & Associates LLC
3962 Red Bank Road
Cincinnati, OH 45227
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail: ohbk@rslegal.com